UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Laura Patrick, )
)
    Plaintiff, )
)
v. ) Civil Action No.
)
Jansson Corporation, ) 04 CV 10427 RGS
)
    Defendant. )

## AFFIDAVIT OF FILING CERTIFIED COPY OF NOTICE OF REMOVAL

I, Jeffrey L. Levy, hereby depose and state that I am one of the attorneys for the defendant in this action, and that on March 3, 2004, I caused a certified copy of the Notice of Removal to be filed with the Clerk of the Essex Superior Court and requested, pursuant to Local Rule 81.1(a), that the clerk provide me with certified or attested copies of all records and proceedings in the state court action. I caused a copy of the Notice of Removal to be served by messenger upon counsel for the plaintiff, Theresa Finn Dever, Esq., Riley & Dever, P.C., 210 Broadway, Suite 201, Lynnfield, MA 01940.

Signed under the penalties of perjury this 3d day of March 2004.

_____
Jeffrey L. Levy

2444900v1