UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA PATRICK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JANSSON CORPORATION, )<br>)<br>Defendant. ) | Civil Action No. 04-CV-10427 RGS<br><br>FILING FEE PAID:<br>RECEIPT # 55293<br>AMOUNT $ 50.00<br>BY DPTY CLK<br>DATE 5/11/04 |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.5.3, Jeffrey L. Levy, a member of the bar of this Court and counsel for defendant Jansson Corporation, hereby moves the *pro hac vice* admission of Daniel Palmquist to participate in the representation of Jansson Corporation in this matter. As grounds for this motion, counsel relies on the Local Rule 83.5.3 Certificate signed by Daniel Palmquist and submitted herewith.

Respectfully submitted,

_____
Jeffrey L. Levy (BBO# 559438)
CORRIGAN & LEVY LLP
896 Beacon Street
Boston, Massachusetts 02215
(617)247-3800

Dated: April 29, 2004.

### Certificate of Service

I, Jeffrey L. Levy, hereby certify that on April 29, 2004, I caused a true copy of this motion to be served by first class mail upon Theresa Finn Dever, Esq., Riley & Dever, P.C., 210 Broadway, Lynnfield, MA 01940.

_____
Jeffrey L. Levy

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA PATRICK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JANSSON CORPORATION, )<br>)<br>Defendant. ) | Civil Action No. 04-CV-10427 RGS |

## LOCAL RULE 83.5.3 CERTIFICATE

Daniel Palmquist hereby certifies as follows:

1. I am one of the attorneys representing defendant Jansson Corporation in this action. I submit this Certificate in support of my application for admission *pro hac vice* pursuant to Local Rule 83.5.3.

2. I am a partner in the law firm of Leonard, Street & Deinard in Minneapolis, Minnesota. I have been a member of the Minnesota bar since 1991 and of the Wisconsin bar since 1998. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this 23d day of April 2004.

*Daniel L. Palmquist*
Daniel Palmquist

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA PATRICK,<br><br>  Plaintiff,<br><br>v.<br><br>JANSSON CORPORATION,<br><br>  Defendant. | Civil Action No. 04-CV-10427 RGS<br><br>FILING FEE PAID:<br>RECEIPT # 55293<br>AMOUNT $ 50.00<br>BY DPTY CLK<br>DATE 5/10/04 |

### MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.5.3, Jeffrey L. Levy, a member of the bar of this Court and counsel for defendant Jansson Corporation, hereby moves the *pro hac vice* admission of Daniel Palmquist to participate in the representation of Jansson Corporation in this matter. As grounds for this motion, counsel relies on the Local Rule 83.5.3 Certificate signed by Daniel Palmquist and submitted herewith.

Respectfully submitted,

_____
Jeffrey L. Levy (BBO# 559438)
CORRIGAN & LEVY LLP
896 Beacon Street
Boston, Massachusetts 02215
(617)247-3800

Dated: April 29, 2004.

### Certificate of Service

I, Jeffrey L. Levy, hereby certify that on April 29, 2004, I caused a true copy of this motion to be served by first class mail upon Theresa Finn Dever, Esq., Riley & Dever, P.C., 210 Broadway, Lynnfield, MA 01940.

_____
Jeffrey L. Levy