UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA PATRICK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-CV-10427 RGS |
| | ) |
| JANSSON CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR SUMMARY JUDGMENT

Defendant Jansson Corporation moves the Court for an Order granting, in all respects, its Motion for Summary Judgment, dismissing the claims brought against Defendant by Plaintiff with prejudice, and for other just and equitable relief. Said Motion is brought pursuant to Federal Rule of Civil Procedure 56, and other applicable legal authority, and is based on the Memorandum, Affidavits of Arlene Osoff and Joel Rudy, the exhibits attached to the Affidavits, and upon all the files, records and proceedings herein.

## REQUEST FOR ORAL ARGUMENT

Defendant believes that oral argument would assist the Court in deciding the issues herein and hereby requests a hearing on its motion.

        JANSSON CORPORATION,

        By its attorneys,

        /s/ Daniel L. Palmquist
        Daniel L. Palmquist (MN State Bar #217694)
        Amy Walsh Kern (MN State Bar #307609)
        LEONARD, STREET AND DEINARD
         PROFESSIONAL ASSOCIATION
        150 South Fifth Street, Suite 2300
        Minneapolis MN  55402
        Telephone:  (612) 335-1500

        Of Counsel:

        Jeffrey L. Levy (BBO# 559438)
        CORRIGAN & LEVY LLP
        896 Beacon Street
        Boston, MA  02215
        Telephone:  (617) 247-3800

Dated: January 31, 2005.