Page 58

1  Q. Any of these other comments that we've been
2     talking about did she make on December 3rd?
3  A. Yes.
4  Q. Which ones?
5  A. The one about if the baby was sick, I would have
6     to stay home with the baby. Didn't know if I
7     would be able to work afterwards until I held the
8     baby in my arms. I just remember her saying
9     that.
10 Q. All right. Before December 3, 2001, did Arlene
11    make any comments to you that you believe were
12    discriminatory?
13 A. No.
14 Q. Before December 3, 2001, did Arlene do anything
15    that leads you to believe that she was
16    discriminating against you on the basis of your
17    sex?
18 A. No.
19 Q. Before December 3, 2001, did Arlene make any
20    comments that leads you to believe that she was
21    discriminating against you on the basis of your
22    pregnancy?
23 A. No.
24 Q. Before December 3, 2001, did Arlene do anything

Page 59

1     that leads you to believe that she was
2     discriminating against you on the basis of your
3     pregnancy?
4  A. No.
5  Q. Have you identified all of the comments that you
6     allege Ms. Osoff made to you that week of
7     December 3rd to December 7, 2001?
8  A. I believe so.
9  Q. When did you start work at Jansson?
10 A. August of '94.
11 Q. What was your position?
12 A. Customer service.
13 Q. What did you do as a customer service
14    representative?
15 A. It was mostly customer contact. Answering
16    questions over the phone. Writing orders.
17 Q. How long did you have that position?
18 A. Just under a year.
19 Q. Then what was your position?
20 A. I was the finishing manager.
21 Q. Was that a promotion?
22 A. Yes.
23 Q. Who promoted you?
24 A. Arlene.

Page 60

1  Q. What were your duties as finishing manager?
2  A. You oversaw the daily scheduling of the finishing
3     department.
4  Q. Did you supervise people?
5  A. Yes.
6  Q. Had you had supervisory experience before that?
7  A. Yes.
8  Q. At Jansson?
9  A. No.
10 Q. How many people did you supervise?
11 A. Oh, I want to say approximately ten. Maybe more.
12 Q. This promotion occurred in roughly August of '95?
13 A. I have no idea really. I don't remember.
14 Q. But you think you did your customer service job
15    for about a year?
16 A. Yeah. It wasn't very long.
17 Q. How long were you the finishing manager?
18 A. A couple years.
19 Q. What was your next position at Jansson?
20 A. Design development manager.
21 Q. When did you take over that job?
22 A. I believe that was in '98. I'm not exactly sure.
23 Q. Was that a job that you went from finishing
24    manager to design development manager or was

Page 61

1     there a transition period?
2  A. Um, there was a small transition because I was
3     training the person that was going to be running
4     finishing. And because I knew finishing so well
5     and was very successful at running it
6     efficiently, Arlene wanted me to continue
7     overseeing it so I kind of juggled both jobs but
8     the design job itself was something that I did
9     when I was in customer service.
10        Arlene was training me and involved me
11    in design during customer service, during
12    finishing, and then when the actual transition
13    went through is when they actually carved out an
14    office for me, which is where I worked.
15 Q. Was the move from finishing manager to design
16    development manager a promotion?
17 A. Yes.
18 Q. Did you receive an increase in pay?
19 A. Yes.
20 Q. Who promoted you?
21 A. Arlene.
22 Q. Had you had design experience before you took
23    this job?
24 A. Yes.

Page 62

1  Q. Where?
2  A. I had my own bridal design company.
3  Q. Any other experience in design?
4  A. Yes. That's actually what my degree is in.
5     Design.
6  Q. Where is your degree from?
7  A. Endicott College, Beverly.
8  Q. Was it in bridal design or was it in --
9  A. Clothing.
10 Q. Clothing design. Is that a four-year degree?
11 A. No. It is an Associate's.
12 Q. What were you designing for Jansson?
13 A. I'm sorry?
14 Q. What were you designing for Jansson?
15 A. Personalized invitations. Greeting cards.
16 Q. Anything else?
17 A. I worked with Arlene on like the design layout of
18    advertisements. She was working on the
19    possibility of designing some new product lines.
20 Q. Product lines other than personalized invitations
21    and greeting cards?
22 A. Yes.
23 Q. What other product lines?
24 A. Like notepad sets, that type of thing.

Page 63

1  Q. Did Arlene tell you why she was promoting you
2     from finishing manager to design development
3     manager?
4  A. Well, I know she thought I was extremely talented
5     and I was extremely efficient and organized. And
6     she wanted to train another individual to be able
7     to design so that she could take a back seat.
8  Q. Did she tell you those things?
9  A. Yes.
10 Q. How did you respond?
11 A. I was flattered.
12 Q. And did Arlene train you in the design
13    development position?
14 A. She didn't train me in the position but what she
15    did do is train me to understand the Jansson
16    product so that we could keep the integrity of
17    the product and so I could properly design for
18    that type of product.
19 Q. Tell me a little bit more about that. What does
20    that mean, the integrity of the product?
21 A. It was a high-end company. It filled a niche
22    within the industry for certain style, I should
23    say. And it was kind of considered like a
24    Jansson look and she wanted to continue that look

Page 64

1     but also remain competitive in the market to some
2     of the trends that were coming up that she wanted
3     to keep a cutting edge on. I offered a fresh
4     eye.
5  Q. How did she train you in the product?
6  A. Just working with me.
7  Q. Did you work closely with her?
8  A. Yes.
9  Q. Did she continue to do some of the design duties
10    early on?
11 A. Early in my taking the position, yes.
12 Q. How long do you think it was between when you
13    started in that position and completely took over
14    the design duties?
15 A. I don't really recollect. I want to say maybe
16    about six months.
17 Q. Did you view that promotion as an opportunity?
18 A. Define "opportunity."
19 Q. Well, was it a good thing?
20 A. Yes, it was. A very good thing.
21 Q. Did you like working with Arlene at that time?
22 A. I always enjoyed working with Arlene.
23 Q. How would you describe your working relationship
24    with Arlene?

Page 65

1  A. Professional.
2  Q. Did you exchange personal confidences with Arlene
3     at any time you worked with her?
4  A. We did discuss my getting pregnant.
5  Q. What do you recall about that?
6  A. I wanted her to be aware of what I was going
7     through to get pregnant because I was going to be
8     needing to use vacation and sick time to take
9     time off. That I wasn't actually going to be
10    taking a scheduled vacation, that I would be
11    putting time -- that time aside for fertility
12    treatments. And I shared that personal part of
13    my life with her because I knew that it may
14    directly affect the scheduling of my job.
15 Q. When did you first start fertility treatments?
16 A. I want to say -- they wanted to start in '99 but
17    they could not because I had to have two surgical
18    procedures before they could start. So I started
19    in 2000, I believe.
20 Q. And did you take vacation and sick time for some
21    of those treatments?
22 A. Yes, I did.
23 Q. Did anyone ever object to you doing that?
24 A. No.

Page 66

1  Q. When was the first time you went, you took time
2     off for fertility treatments?
3  A. I believe it was January of 2000.
4  Q. And did you take family and medical leave --
5  A. No.
6  Q. -- for that?
7  A. No.
8  Q. You just have to wait until I finish my question.
9  A. I'm sorry.
10 Q. How long did you take off in January of 2000?
11 A. I believe it might have been a week or three
12    days.
13 Q. Did you talk with Arlene about that at the time?
14 A. Yes.
15 Q. What was her response?
16 A. Just to let her know what days they were.
17 Q. Did she object?
18 A. No. She just asked that I had all my work in
19    order before I left, which I did.
20 Q. When is the next time you recall taking time off
21    for fertility treatments?
22 A. The following month. I was rushed to the
23    hospital with an abscess. That was unexpected.
24    I was in the hospital I believe for nine days,

Page 67

1     which resulted in a miscarriage. And I was out
2     for additional time after that.
3  Q. Was that Family and Medical Leave Act?
4  A. No.
5  Q. Did Arlene visit you in the hospital?
6  A. No.
7  Q. Did she object to the time that you took off for
8     this?
9  A. No.
10 Q. Do you claim that Jansson treated you
11    discriminatorily with regard to this leave?
12 A. No.
13 Q. What's the next time you recall taking time off
14    for fertility treatments?
15 A. June. I believe it was June.
16 Q. The same year?
17 A. Yes.
18 Q. So we're still in 2000?
19 A. Yes.
20 Q. And how long did you take off then?
21 A. Hold on a minute. That might not have been then.
22       I'm sorry. I have to go backwards
23    because it helps me remember it better. That all
24    happened in 2001. What happened in 2002 --

Page 68

1     January of 2002, I'm sorry, was a scheduled
2     surgery that I was out for a few weeks. I'm
3     sorry. I missed a year in there.
4  Q. Now, the last day of your employment was December
5     7, 2001?
6  A. Yes.
7  Q. And so these -- what you have been describing for
8     me, this all happened in 2001?
9  A. Yes. Yes. I took -- those three days I'm
10    talking about were in January.
11 Q. Okay.
12 A. Um -- it was in January. I had the abscess and
13    miscarriage in February.
14 Q. Mm-hmm.
15 A. And then I had another cycle in June.
16 Q. Okay. And how much time did you take off in
17    June?
18 A. Just a few days.
19 Q. Any objections from Jansson?
20 A. No.
21 Q. Did you have any conversations with Arlene about
22    that at the time?
23 A. Just normal scheduling and, you know, bring her
24    up to speed on what was going on before I left

Page 69

1     and she brought me up to speed with things when I
2     came back.
3  Q. Did you have any conversation with her about how
4     the treatments were going?
5  A. Yes. She always asked me how things were.
6  Q. And are you claiming that those comments were
7     discriminatory?
8  A. No.
9  Q. When was the next time you took off work for
10    fertility treatments?
11 A. October.
12 Q. And that was Family and Medical Leave Act leave,
13    correct?
14 A. Yes. Because she told me that that was available
15    to me because of a situation that had come up at
16    that particular time that I would have to be out.
17    I had to have an additional surgery that the
18    doctor wanted to team up with a fertility cycle
19    and I was going to have to take additional drugs
20    that I was going to be very uncomfortable with
21    and he recommended that I take the time off so he
22    filled out the proper paperwork that was needed
23    for that time off.
24 Q. And you took approximately six weeks off?

18 (Pages 66 to 69)

Page 70

1  A. It was mid October and I returned December 3rd so
2     yes.
3  Q. Did Arlene object or did Jansson object to your
4     taking this leave?
5  A. No.
6  Q. And Arlene had you apply for the salary
7     continuation during that leave as well; isn't
8     that correct?
9  A. That's a part of that benefit.
10 Q. Had you received that before?
11 A. No, because I was using vacation and sick time.
12 Q. You applied for salary continuation during that
13    leave, correct?
14 A. If that's what that -- that policy -- that
15    benefit was, if that's the name of it, that's --
16 Q. Okay.
17 A. I don't know the name of it so if that is the
18    name of it, I'm sorry.
19 Q. Fair enough.
20 A. That is what I filled out.
21 Q. You were paid for some portion of your leave?
22 A. Yes, I was. According to those guidelines.
23 Q. And it was not just vacation or sick time?
24 A. No. Because I had used previous vacation and

Page 71

1     sick time earlier in the year. And Arlene let me
2     know that that was available. She suggested it.
3  Q. Did Arlene object to your taking a leave in
4     October of 2001?
5  A. No.
6  Q. Did she know what procedures you were going to be
7     going through?
8  A. I explained to her why I needed that much time
9     off.
10 Q. From the time you started these treatments in
11    2001 until October, 2001, did you share with
12    Arlene how it was going?
13 A. If the conversation came up, yes.
14 Q. Did she ask?
15 A. Yes.
16 Q. Did that make you uncomfortable?
17 A. No. I took it as her caring about me.
18       MR. PALMQUIST: This might be a good
19    spot to stop for a break. Okay?
20       MS. DEVER: Sure.
21       (Lunch recess.)
22
23
24

Page 72

1              Afternoon Session
2  Q. I would like you to describe for me your job
3     history since you left Jansson.
4  A. Actual jobs worked or -- the process of looking
5     for?
6  Q. Both. Let's start with any jobs that you've had
7     since you left Jansson.
8  A. I worked for a company called Marsha
9     Incorporated.
10 Q. Sorry?
11 A. Marsha Incorporated.
12 Q. Marsha?
13 A. Yes.
14 Q. What did you do there?
15 A. I designed children's clothing.
16 Q. When did you get that job?
17 A. September of 2003.
18 Q. How long did you work there?
19 A. Until very early May, 2004.
20 Q. How much were you making there?
21 A. I started, I believe, at 15 and then was given an
22    increase to 18.
23 Q. Eighteen dollars an hour?
24 A. Yes.

Page 73

1  Q. Why did you leave there?
2  A. The company was trying to compete with China and
3     decided not to invest in going overseas and
4     closed the company down.
5  Q. So they shut down?
6  A. Yes. They closed.
7  Q. What was the next job you held?
8  A. None since then.
9  Q. Could you describe for me your job search efforts
10    beginning in December of 2001?
11 A. Yes. I aggressively worked with -- well, I used
12    kind of two sources. One was the paper and the
13    other was the Internet. Just aggressively sent
14    out applications.
15 Q. How many applications do you think you sent out?
16 A. A lot. Well, you know, maybe one or two a week.
17    Maybe might have had a good week where there were
18    three or four things and maybe the following week
19    there wasn't really quite anything. The week
20    after that you might send out two or three. So I
21    would probably say it might have averaged ten a
22    month.
23 Q. Ten a month from December, 2001 until you got
24    your job in September of 2003?

Page 74

1  A. Yes. Well, during the first couple months that I
2     had the baby, my search wasn't as aggressive.
3  Q. When was your baby born?
4  A. July 16, 2002.
5  Q. What kinds of jobs were you applying for?
6  A. Kind of a combination of things. Since my skills
7     were somewhat unique and specialized, there
8     weren't a lot of companies in this area that did
9     that type of work. So I started to apply my
10    skills in a more general way so, for example,
11    there was a chocolate company that was looking
12    for someone to design new chocolate products and
13    actually the job sounded pretty similar to the
14    job I did at Jansson so I would apply for
15    something like that.
16 Q. You were looking for design jobs?
17 A. Design, and then I started to look more into
18    administrative-type jobs. Because at that point
19    where there wasn't anything readily available for
20    design and I was starting to notice that I didn't
21    have the degree that they were looking for, I
22    started to look into different-type jobs that I
23    might be able to adapt my skills to.
24 Q. What kind of administrative jobs did you apply

Page 75

1     for?
2  A. Um, mainly like within publications. Advertising
3     agencies.
4  Q. Did you have any interviews?
5  A. No.
6  Q. Did you place any limitations on your search?
7  A. I'm not sure I understand what you mean by
8     "limitations."
9  Q. Well, maybe you already testified to this but you
10    said you applied for some design jobs and some
11    administrative-type jobs.
12 A. Mm-hmm.
13 Q. Were there any other general categories of jobs
14    that you saw in the newspaper and said, I'm going
15    to apply for all these jobs?
16 A. I'm sorry. I'm not really sure --
17         MS. DEVER: Objection.
18 A. -- I understand what you mean. I want to answer
19    it correctly so I want to make sure I understand
20    what you mean.
21 Q. Yeah. Let me just rephrase that. Were there any
22    other categories of jobs that you applied for?
23 A. Besides design and administrative?
24 Q. Correct.

Page 76

1  A. I don't believe so.
2  Q. Were you actively looking for employment between
3     December, 2001 and July 16, 2002 when you had
4     your baby?
5  A. Yes.
6  Q. And you said you were not as active after the
7     baby was born. When did that pick up again?
8  A. He was born mid July. I would say late
9     September. That same year.
10 Q. And in late September, you resumed at the same
11    level you were before you had your baby?
12 A. Yes. I made some adjustments. I had someone
13    look over my resume to see if there was something
14    that might -- that I could change that might make
15    it more appealing to actually get an interview.
16    I was starting to look at refining my resume so
17    that I could possibly -- maybe that was holding
18    me back from not getting a job or -- I started to
19    venture into possibilities of maybe why I wasn't
20    getting any bites.
21 Q. Did you go to an outplacement service?
22 A. No. I have a friend who is a recruiter. That's
23    her profession. And she sat down and helped me
24    work through my resume and rewrite it.

Page 77

1  Q. Did you keep any kind of job log?
2  A. Yes. I have one I believe I kept for you.
3  Q. Did you keep a record of companies that you
4     applied to or contacted?
5  A. Yes.
6  Q. Is that the same log?
7  A. That is the log, yes.
8  Q. And you haven't worked since May of '04; is that
9     correct?
10 A. Correct.
11 Q. And you're still looking for a job at the same
12    level and with the same intensity that you were
13    between December, 2001 and when you got your job
14    in September of 2003?
15 A. Well, when I was laid off or when the company
16    closed, Marsha, Inc., closed and I was collecting
17    unemployment, I spoke to a career counselor there
18    and started to aggressively get involved with
19    some new programs that they had put in place.
20    Seminars for helping individuals that may want to
21    retrain for maybe a different type of job that
22    were thinking of making career changes.
23         So I started to get into that type of
24    thing. And in order to become more competitive