

THE NORTH SHORE
MEDICAL CENTER

Mitchell Rein, MD
*Chief, Department of
Obstetrics/Gynecology
Director of Women's Services*

*Women's Health Center
of the North Shore*
1 Hutchinson Drive
Danvers, MA 01923
Tel: 978 777-1070
Fax: 978 774-9635

October 5, 2001

Jansson
411 Waverly Oaks Rd
Waltham, MA 02154
Attn: Human Resources Dept.

*Salem Hospital*
Medical Office Building, Suite 316
79 Highland Avenue
Salem, MA 01970
Tel: 978 744-7668
Fax: 978 744-8126

To Whom It May Concern:

Laura Patrick has been under my care for infertility since September of 1999. Due to ongoing medical complications, her fertility treatment to date has been unsuccessful. The next fertility cycle will be more demanding on her physically due to an additional and more complicated surgical procedure.

Infertility can take a significant physical, emotional, and economic toll on those struggling to become pregnant. It is my recommendation that Laura take a medical leave for her next 6-week cycle, which begins on October 15, 2001.

Should you have any questions regarding this letter, please feel free to contact me at (978) 777-1070.

Sincerely,

Mitchell S. Rein, MD

EXHIBIT
Patrick 4
SW 1/25/05

MSR:gad

JAN 000063


PARTNERS. HealthCare System Member
*Founded by Massachusetts General Hospital and Brigham and Women's Hospital*


BRIGHAM AND
WOMEN'S HOSPITAL


HARVARD
MEDICAL SCHOOL