UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB 16  P 3: 12

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| LAURA E. PATRICK,<br>Plaintiff, | )<br>)<br>) |
| vs. | )<br>) |
| JANSSON CORPORATION,<br>Defendant | )<br>)<br>) |

ASSENTED TO MOTION TO ENLARGE THE TIME
FOR THE PLAINTIFF TO FILE AN OPPOSITION TO
DEFENDANT JANSSON CORPORATION'S MOTION
FOR SUMMARY JUDGMENT

The Plaintiff, Laura Patrick hereby moves for an enlargement of time for the Plaintiff to file an Opposition to Defendant, Jansson Corporation's Motion for Summary Judgment. The Defendant, Jansson Corporation assented to this Motion. Additional time is needed to fully respond to the legal issues presented in Defendant, Jansson Corporation's Motion for Summary Judgment.

Wherefore, the Plaintiff, Laura Patrick hereby moves for an enlargement of time until March 4, 2005 to file an Opposition to Defendant, Jansson Corporation's Motion for Summary Judgment.

ASSENTED TO:

| Jansson Corporation | Laura Patrick |
| By its Attorney, | By her Attorney, |

*/s/ Daniel L. Palmquist/TFD*

Daniel L. Palmquist
MN State Bar #217694
Amy Walsh Kern
MN State Bar #307609
LEONARD, STREET
AND DEINARD
PROFESSIONAL ASSOCIATION
150 South Fifth Street
Suite 2300
Minneapolis, MN 55402
Tel. (612) 335-1500

*/s/ Joseph P. Dever*

Joseph P. Dever
B.B.O. No.: 564237
Theresa Finn Dever
B.B.O. NO.: 564319
RILEY & DEVER, P.C.
210 Broadway, Suite 201
Lynnfield, MA 01940
Tel.: (781) 581-9880

Dated: 2/14/05

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 2/14/05.