UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA E. PATRICK,<br>Plaintiff,<br><br>vs.<br><br>JANSSON CORPORATION,<br>Defendant | )<br>)<br>)  CIVIL ACTION NO.:04-10427RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### REQUEST FOR HEARING

Plaintiff Laura Patrick ("Patrick") hereby requests a hearing on Defendant Jansson Corporation's Motion for Summary Judgment. In support of her request, Patrick submits that oral argument should aid the Court in reaching a fair and just decision on Defendant Jansson Corporation's Motion for Summary Judgment.

The Plaintiff,
By Her Attorneys,

_____
Theresa Finn Dever
B.B.O. NO.: 564319
Joseph P. Dever
B.B.O. NO.: 564237
RILEY & DEVER, P.C.
Lynnfield Woods Office Park
210 Broadway, Suite 101
Lynnfield, MA 01940-2351
Telephone: (781) 581-9880

Dated: 3/4/05

CERTIFICATE OF SERVICE

I, Theresa Finn Dever, attorney for the Plaintiff, hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first class mail on March 4, 2005.

_____
THERESA FINN DEVER
3/4/05