UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA PATRICK,            )<br>                          )<br>     Plaintiff,          )<br>                          )<br>     v.                   )<br>                          )<br>JANSSON CORPORATION,      )<br>                          )<br>     Defendant.           )  | Civil Action No. 04-CV-10427 RGS |

## ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY BRIEF

Pursuant to Local Rule 7.1(b)(3), defendant Jansson Corporation ("Jansson") hereby moves for leave to file a reply brief in support of its Motion for Summary Judgment. As grounds for this motion, Jansson states that a reply brief will assist the court in resolving the legal issues presented by the motion.

| Respectfully submitted, | Assented to: |
|---|---|
| JANNSON COPORATION | LAURA PATRICK |
| | |
|  /s/Jeffrey L. Levy            | /s/ Theresa Finn Dever         |
| Jeffrey L. Levy (BBO# 559438) | Joseph P. Dever (BBO# 564237) |
| CORRIGAN & LEVY LLP | Theresa Finn Dever (BBO# 564319) |
| 896 Beacon Street | RILEY & DEVER, P.C. |
| Boston, Massachusetts 02215 | 210 Broadway, Suite 201 |
| (617)247-3800 | Lynnfield, MA 01940 |
| | (781)581-9880 |

Dated: March 14, 2005

### Certificate of Service

I, Jeffrey L. Levy, hereby certify that on March 14, 2005, I caused a true copy of this motion to be served by first class mail upon Theresa Finn Dever, Esq., Riley & Dever, P.C., 210 Broadway, Lynnfield, MA 01940.

  /s/ Jeffrey L. Levy            
Jeffrey L. Levy