UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

LAURA PATRICK

    V.    CIVIL ACTION NO. 04-10427-RGS

JANSSON CORP.

# NOTICE OF HEARING

STEARNS, DJ.    MARCH 15, 2005

A HEARING* IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:

THURSDAY, MAY 19, 2005 AT 2:30 P.M.

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM#21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

SO ORDERED.

        RICHARD G. STEARNS
        UNITED STATES DISTRICT JUDGE

    BY:
        /s/ Mary H. Johnson
        Deputy Clerk

*TO BE HEARD: Deft's Motion for SJ (#8).