## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **LAURA E. PATRICK,** ) | |
| **Plaintiff,** ) | **CIVIL ACTION NO.:04-10427RGS** |
| ) | |
| **vs.** ) | |
| ) | |
| **JANSSON CORPORATION,** ) | |
| **Defendant** ) | |
| ) | |

### STIPULATION OF DISMISSAL

The parties herein stipulate pursuant to Rule 41(a)(1)(ii) of the Massachusetts
Rules of Civil Procedure that the above-entitled action be dismissed as to all parties with
prejudice and without costs or attorney's fees to any party.

Respectfully submitted,
Jansson Corporation
By its Attorney,

Laura Patrick
By her Attorney,

Daniel L. Palmquist
MN State Bar #217694
Amy Walsh Kern
MN State Bar #307609
LEONARD, STREET
AND DEINARD
PROFESSIONAL ASSOCIATION
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Tel. (612) 335-1500

Joseph P. Dever
B.B.O. No.: 564237
Theresa Finn Dever
B.B.O. NO.: 564319
RILEY & DEVER, P.C.
210 Broadway, Suite 201
Lynnfield, MA 01940
Tel.: (781) 581-9880

Dated: 12/12/2005

Dated: 12·13·05

2699364v1